441 A.2d 442

Commonwealth v. Oney, Jr., Appellant.

Submitted March 31, 1981. Michael R. Muth, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and JOHNSON, JJ.

The judgment of sentence dated August 25, 1980 is affirmed on the comprehensive opinion of Judge Harold A. Thomson, Jr. filed June 26, 1980 as confirmed by his Statement pursuant to Pa.R.App.P. § 1925(a) filed January 14, 1981.